No. 25-10630

# In the United States Court of Appeals for the Fifth Circuit

IN RE MEDIA MATTERS FOR AMERICA; ERIC HANANOKI; AND ANGELO CARUSONE,

*Petitioners.*

On Petition for Writ of Mandamus from the
United States District Court for the Northern District of Texas,
Case No. 4:23-cv-01175

**MOTION TO WITHDRAW AS COUNSEL**

Gregg Costa
Gibson, Dunn & Crutcher LLP
811 Main Street, Suite 3000
Houston, Texas 77002
T: (346) 718-6649
F: (346) 718-6620
*gcosta@gibsondunn.com*

Amer S. Ahmed
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166
T: (212) 351-4000
F: (212) 351-4035
*aahmed@gibsondunn.com*

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Gibson, Dunn & Crutcher LLP respectfully moves to withdraw as counsel for petitioners Media Matters for America, Eric Hananoki, and Angelo Carusone. Gibson Dunn no longer represents petitioners in the underlying district court proceedings, and petitioners have requested that Gibson Dunn withdraw as counsel in this proceeding. Counsel from Susman Godfrey, LLP, and Zuckerman Spaeder, LLP, will continue to represent petitioners in this proceeding.

## PRAYER

Gibson Dunn respectfully requests that this Court allow it to withdraw as counsel for petitioners.

Dated:  March 19, 2026

Respectfully submitted,

 /s/ Gregg Costa
Gregg Costa
GIBSON, DUNN & CRUTCHER LLP
811 Main Street, Suite 3000
Houston, Texas 77002
T: (346) 718-6649
F: (346) 718-6620
*gcosta@gibsondunn.com*

Amer S. Ahmed
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166
T: (212) 351-4000
F: (212) 351-4035
*aahmed@gibsondunn.com*

**CERTIFICATE OF CONFERENCE**

I certify that I contacted counsel for X Corp., who confirmed that X Corp. does not oppose the requested relief and does not intend to file an opposition.  *See* 5th Cir. R. 27.4.

 /s/ Gregg Costa                         
Gregg Costa


**CERTIFICATE OF SERVICE**

I certify that, on March 19, 2026, a true and correct copy of the foregoing motion was served via email on all counsel of record.

 /s/ Gregg Costa                         
Gregg Costa

**CERTIFICATE OF COMPLIANCE**

I certify that this motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the typestyle requirements of Federal Rule of Appellate Procedure 32(a)(6) because it was prepared in 14-point New Century Schoolbook, a proportionally spaced typeface, using Microsoft Word for Microsoft 365. *See* Fed. R. App. P. 27(d)(1)(E). This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 86 words.

I certify that: (1) any required privacy redactions have been made, 5th Cir. R. 25.2.13; (2) the electronic submission of this document is an exact copy of any corresponding paper document, 5th Cir. R. 25.2.1; and (3) the document has been scanned for viruses with the most recent version of a commercial virus-scanning program and is free of viruses.

/s/ Gregg Costa
Gregg Costa
